UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 9/3/14 at 1:30 p.m.
>
> *[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | No. 3:12-00170 |
| | ) | Judge Trauger |
| JAIME BENCOMO-GARCIA | ) | |

## FIRST MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, by and through counsel, and would move the Court for an Order continuing the Sentencing Hearing of this case that is currently set to be heard on August 15, 2014 until a later date that is convenient with the Court's calendar. As grounds for this request counsel would show the Court the following:

Counsel's daughter was accepted to a college in Northwest Arkansas and is set to begin classes in the next few weeks. On Wednesday, August 13, 2014, counsel and most of counsel's family will load a truck and car and take said daughter, parents, grandparents on both sides, sister, and one friend on a five (5) hour drive to Arkansas with said truck load of items and move her in to a rather small dorm room. Whether all of the items in the truck will fit in the small dorm room remains a mystery. However, counsel does not anticipate being back in town until after Friday, August 15, 2014, and would therefore move the Court for a continuance of the Sentencing Hearing in this case.

Counsel has spoken to Mr. Bencomo-Garcia and well as to the Assistant United States Attorney on the case and neither has expressed any opposition to the granting of this motion.